1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GEORGE NIMER MARTHA,

          Petitioner,

     v.

THE PEOPLE OF THE SATE OF
CALIFORNIA, et al.,

          Respondent.

Case No.  18-cv-00785-SI

**JUDGMENT**

     This action is dismissed for lack of jurisdiction because, at the time he filed his petition for

writ of habeas corpus, petitioner was not in custody pursuant to the conviction under attack.

     **IT IS SO ORDERED AND ADJUDGED**.

Dated:  August 23, 2018

_____
SUSAN ILLSTON
United States District Judge